IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| O2 MICRO INTERNATIONAL, LTD. | § | |
| Vs. | § | CIVIL ACTION NO. 2:03-CV-007 |
| TAIWAN SUMIDA ELECTRONICS, INC. | § | |

## VERDICT FORM

QUESTION NO. 1:

Do you find by a preponderance of the evidence that the defendant contributes to the infringement of or induces the infringement of the following claims of the '722 patent?

Answer "Yes" or "No" for each claim separately.

Claim 1:   *Yes*

Claim 2:   *Yes*

Claim 9:   *Yes*

Claim 12:  *Yes*

Claim 18:  *Yes*

If you have answered "Yes" to any part of Question No. 1, then answer Question No. 2. Otherwise, do not answer Question No. 2, but proceed to Question No. 3.

QUESTION NO. 2:

Do you find by clear and convincing evidence that such conduct, as you have found in answer to Question No. 1, was willful?

Answer "Yes" or "No."

Answer: _Yes_

Proceed to Question No. 3.

QUESTION NO. 3:

Do you find by clear and convincing evidence that any of the following claims of the '722 patent are invalid?

Answer "Yes" or "No" for each claim separately

| Claim | Answer |
|---|---|
| Claim 1: | NO |
| Claim 2: | NO |
| Claim 9: | NO |
| Claim 12: | NO |
| Claim 18: | NO |

**SIGNED** this _17_ day of November, 2005.

_____
JURY FOREPERSON

3