IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>TAIWAN SUMIDA ELECTRONICS, INC.,<br><br>Defendant. | Civil Action<br>No. 2:03-CV-007-TJW<br>(Judge Ward) |

**PARTIAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters judgment in conformity with the Court's rulings prior to verdict. Accordingly, the Court enters judgment for defendant Taiwan Sumida Electronics, Inc. ("TSE") and against plaintiff O2 Micro International Limited ("O2 Micro"), that TSE does not directly infringe U.S. Patent No. 6,396,722, claims 1, 2, 9, 12 and 18 under 35 U.S.C. §271(a). The Court further enters judgment for TSE and against O2 Micro that the accused products do not infringe claims 1, 2, 12, 15-18, 29, 35, 39 and 40 of U.S. Patent No. 6,259,615, and that TSE is not liable to O2 Micro for infringing those claims, either directly or indirectly.

IT IS SO ORDERED.

SIGNED this 26th day of January, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

- 2 -

APPROVED AS TO FORM:

/s/ S. Calvin Capshaw by permission by Eric M. Albritton
S. Calvin Capshaw, Attorney for Plaintiff
O2 MICRO INTERNATIONAL LIMITED


_____
Eric M. Albritton, Attorney for Defendant
TAIWAN SUMIDA ELECTRONICS INC.