**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>TAIWAN SUMIDA ELECTRONICS, INC.,<br><br>Defendant. | Civil Action<br>No. 2:03-CV-007-TJW<br>(Judge Ward) |

**TAIWAN SUMIDA ELECTRONIC, INC.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR TAIWAN SUMIDA'S REPLY IN SUPPORT OF MOTION FOR NEW TRIAL**

Taiwan Sumida Electronics, Inc. ("TSE"), defendant in the above-entitled and numbered civil action, files this Unopposed Motion for Leave to Exceed the Page Limits in Taiwan Sumida Electronic, Inc.'s Reply in Support of Motion for New Trial.  In support, the defendant will show the following.

TSE respectfully seeks leave to file a reply which exceeds the page limits set out in CV-7.  Such additional pages are necessary in order to adequately address the issues involved.  A copy of the purposed reply is attached.

WHEREFORE, PREMISES CONSIDERED, TSE respectfully moves the Court to grant this motion.

                                              Respectfully submitted,

                                              _Eric M. Albritton by permission_

                                              Eric M. Albritton
                                              Lead Attorney
                                              Texas State Bar No. 00790215
                                              ALBRITTON LAW FIRM
                                              P.O. Box 2649
                                              109 West Tyler Street
                                              Longview, Texas 75606
                                              (903) 757-8449 (phone)
                                              (903) 758-7397 (fax)
                                              ema@emafirm.com

Of Counsel:

| | |
|---|---|
| Philip J. McCabe, Esq. | Nathan Lane III, Esq. |
| Ronald E. Prass, Jr., Esq. | Joseph A. Meckes, Esq. |
| KENYON & KENYON LLP | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| RiverPark Towers | One Maritime Plaza, Suite 300 |
| 333 W. San Carlos Street, Suite 600 | San Francisco, CA 94111 |
| San Jose, CA 95110 | Tel.: (415) 954-0200 |
| Tel.: (408) 975-7500 | Fax: (415) 393-9887 |
| Fax: (408) 975-7501 | |

                                              ATTORNEYS FOR DEFENDANT
                                              TAIWAN SUMIDA ELECTRONICS, INC.

<u>CERTIFICATE OF SERVICE</u>

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 27th day of February, 2006.

                                              _Philip J. McCabe_

- 3 -

## CERTIFICATE OF CONFERENCE

Duane Mathiowetz advised that the plaintiff is unopposed to this motion.


                                                               __Philip J. McCabe__